# **EXHIBIT: FORM OF ORDER**

George Haines, Esq.
Nevada Bar No. 9411
David Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave.
Las Vegas, NV 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: info@hainesandkrieger.com
Attorney for Ethilwaldo E.Dolojan and Juliet S. Dolojan

E-FILED: December 31, 2018

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| In Re: | ) Case No. BKS-17-16847-ABL |
|---|---|
|  | ) Chapter 13 |
|  | ) |
|  | ) Hearing Date:   February 14, 2019 |
| **Ethilwaldo E.Dolojan and Juliet S. Dolojan,** | ) Hearing Time:   2:30PM |
|  | ) |
|  | ) |
|  | ) |
| Debtor(s). | ) |
|  | ) |

**ORDER ON MOTION TO VALUE COLLATERAL, "STRIP OFF" AND MODIFY RIGHTS OF FREEDOM ASSET MANAGEMENT, LLC PURSUANT TO 11 U.S.C. §506(a) AND §1322**

THE ABOVE MATTER having been heard at the time and date above the Court Finds as follows:

1. The Debtor's property located at 2341 Stockton Avenue, LAS VEGAS, NEVADA 89104 (the "Subject Property") is valued at $166,143.00,

2. That on the filing date of the instant Chapter 13 petition, FREEDOM ASSET MANAGEMENT, LLC's claim was wholly unsecured.

**IT IS THEREFORE ORDERED THAT** FREEDOM ASSET MANAGEMENT, LLC's secured claims is "Stripped off" and shall be avoided pursuant to 11 U.S.C. Section 506(a) upon completion and/or discharge of the Debtor's Chapter 13;

**IT IS FURTHER ORDERED THAT** FREEDOM ASSET MANAGEMENT, LLC's secured rights and/or lien-holder rights in the Subject Property shall be terminated upon completion of the Debtor's Chapter 13 and FREEDOM ASSET MANAGEMENT, LLC's claim shall be treated as an "unsecured" claim in the Debtor's Chapter 13;

**IT IS FURTHER ORDERED THAT** in the event the instant Chapter 13 matter is dismissed or converted to a Chapter 7 proceeding the instant Order shall be vacated.

DATED December 31, 2018.

Submitted by: /s/ George Haines, Esq.
George Haines, Esq
Attorney for the Debtor(s)

**ALTERNATIVE METHOD re: RULE 9021**:

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

___ The court has waived the requirement set forth in 9021(b)(1).

___ No party appeared at the hearing or filed an objection to the motion.

___ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

    APPROVED:

    DISAPPROVED:

    FAILED TO RESPOND:

___ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

Submitted by: /s/George Haines, Esq.
                George Haines, Esq
                Attorney for the Debtor(s)

###